# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | Case No. 1:19-cv-80 |
| Plaintiff, | Judge Timothy S. Black<br>Magistrate Judge Stephanie K. Bowman |
| vs. | |
| M. ELIZABETH MERUSI, *et al.*, | |
| Defendants. | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on February 4, 2019, submitted a Report and Recommendation. (Doc. 7). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety. Accordingly:

1) The case immediately is **REMANDED** to state court as improperly removed;

2) Defendant Scott Merusi's motion for temporary restraining order and injunctive relief (Doc. 3) is **DENIED** for want of jurisdiction to the extent that Defendant Merusi seeks relief specifically from this Court;

3) Defendant Merusi is advised that a monetary sanction not less than $500.00 will be imposed should he file any additional removal notices relating to this state foreclosure action.

4) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: 2/20/19

Timothy S. Black
United States District Judge